MAYER BROWN LLP
Anne M. Selin (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

Attorneys for Plaintiffs
Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, Southwestern Bell Telephone Company, and Wisconsin Bell, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, LLC, ILLINOIS BELL TELEPHONE COMPANY, INDIANA BELL TELEPHONE COMPANY, INCORPORATED, NEVADA BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, SOUTHWESTERN BELL TELEPHONE COMPANY, AND WISCONSIN BELL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> 88 CONNECTION CORPORATION AND GANG ZHAO, A/K/A CHARLIE ZHAO , <br><br> Defendants. | Case No. 3:15-cv-04554-LB <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES IN CURRENT CASE SCHEDULE** <br><br><br> Magistrate Judge Laurel Beeler |

On December 17, 2015, Plaintiffs Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, Southwestern Bell Telephone Company, and Wisconsin Bell, Inc. ("Plaintiffs") filed a Motion to Continue Case Management Conference and Other Deadlines in Current Schedule.  Plaintiffs requested a continuance on the basis that, despite numerous efforts, Defendant has not been served with the Complaint and Summons.

Accordingly, for good cause show, this Court vacates the deadlines reflected in Docket No. 6 and continues the Initial Case Management for 90 days from the date of this Order.  All other deadlines are continued accordingly.

IT IS SO ORDERED.

Dated:  December 21, 2015

_____
United States Magistrate Judge Laurel Beeler

Case Management Conference set for March 31, 2016 at 11:00 a.m.  A Joint Case Management Statement due March 24, 2016.

- 2 -
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES IN CURRENT CASE SCHEDULE; CASE NO. 3:15-CV-04554-LB

719003041.1