UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>88 CONNECTION CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.3:15-cv-04554-LB<br><br>**ORDER**<br><br>Re: Dkt. No. 15 |

　　For good cause, the court extends the time period for service of the complaint and summons for an additional 90 days from the date of this order under Federal Rule of Civil Procedure 4(m) and vacates the initial case-management conference now set for March 31, 2016, and resets it to July 14, 2016 at 11:00 a.m.  A Joint Case Management Statement due on July 7, 2016.  The court will issue a separate order regarding service shortly.

**IT IS SO ORDERED.**

Dated:  February 29, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER (No.3:15-cv-04554-LB)